# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

* * *

| | |
|---|---|
| JOANNE C. NIKITAS,<br><br>        Plaintiff,<br><br>v.<br><br>CAROLYN W. COLVIN, Acting Commissioner of Social Security Administration,<br><br>        Defendant. | Case No. 2:13-cv-00272-GMN-CWH<br><br>**ORDER** |

      This matter is before the Court on Defendant's Motion for Stay During Lapse in Appropriations (#21), filed October 4, 2013.  The undersigned has reviewed the motion and finds there is good cause for the requested stay.  Accordingly,

      **IT IS HEREBY ORDERED** that Defendant's Motion for Stay During Lapse in Appropriations (#21) is **granted**.

      **IT IS FURTHER ORDERED** that the parties shall submit a new scheduling order within seven (7) days after the lapse in appropriations is resolved.

      DATED this 7th day of October, 2013.

_____
**C.W. Hoffman, Jr.**
**United States Magistrate Judge**